Carrie Hardy
273 S Copper Dr.
Apache Junction, Arizona 85120
4802323743



# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carrie Hardy,<br><br>        Plaintiff,<br><br>v.<br><br>Broadway Estates Mobile Home Park LLC<br>JPK Management LLC.<br>Annie Martinez,<br><br>        Defendant. | CASE NUMBER: CV-17-3951-PHX-SPL<br><br>**COMPLAINT** |

## Jurisdiction

This court has jurisdiction over this matter pursuant to ADA §§ . The plaintiff is a resident of Apache Junction, Arizona County, Arizona and a citizen of the United States. The defendant, Broadway Estates Mobile Home Park LLC, is a resident of Cadillac, Michigan and a citizen of the United States. The defendant, JPK Management LLC., is a resident of Cadillac, Michigan and a citizen of the United States. The defendant, Ann Martinez, is a resident of Cadillac, Michigan and a citizen of the United States. The cause of action arose in the Phoenix division.

## Complaint

I lived in Broadway Estates Mobile Home Park eight years with perfect rental history. I filled an ADA Complaint with HUD, September 2015. My rented lot had flooded for the entire time. I asked more than once to have my driveway fixed. It flooded so that my wheelchair ramp was cover with water and my back steps washed away. I have been trapped inside the house more than once. The lot was below the street by. The park was moving older home into the park which they owned. They remodeled them, poured new driveways and new awnings. I asked if they would fix my driveway as well. I was denied, in open meeting. I told Heather White, Park Manger, I would file an ADA Complaint. This was in September, 2015.

I contracted with Broadway Estates to withdraw my rent directly from my bank account on or about the third of the month. In November, 2015 the rent was not withdrawn on the third. I called twice over the next two weeks. I spoke to a woman named Patti. She assured me that the rent had been taken out and even sent me a receipt for electronic payment.

JPK Management LLC failed to pay my rent. It is hard to separate what part each of the plaintiffs played as the same agent is listed on both LLC's. Pattie did admitted to me, it was their mistake.

In December 2015, the same thing happened. this time I called and had Pattie charge my direct card with me on the phone. She said there would be no late fees because it was their mistake. The same thing happened in January. I would not have known that the rent had not been taken out because I left for the holiday.

I found out about the January payment on the seventh of the month. Friends brought a certified letter to my daughter's home. It was an Eviction Letter for rent for November, dated December 22, 2015. When I called I spoke to Pattie, who transferred me to Andrea, General Manager. She said the letter had been sent to get my attention. I would be charged for rent and late fees. I tried to make arrangements to pay but was denied. I told them they would have to take me to court. I was told I would be served in about five days. I moved out the end of January, I had not been served. By then I believed this was in retaliation for filing the complaint.

Andrea called and wanted to know if I was going to pay Februarys rent. I told her I had moved out. She told me if I would sign the home over to the park, I would owe nothing. I said I would try to sell for enough to pay them. I was in contact with her up until the twelfth of the month. I had become sick and was admitted to the hospital in heart failure, then kidney failure, both due to stress.

## Demands

I ask to Court order Broadway Estates Mobile Home Park LLC. and JPK Management LLC., to pay Punitive Damages Singularly / Separately for 75,000.00 or the greatest amount allowed by this court

## Damages

I have been homeless for almost two years, through no fault of my own. One of those years was spent sleeping on a couch. I have lost most of the things I saved for years that were intended for my children and grandchildren. I do not feel safe anymore, anywhere. I have lost my security and independence. I am depressed and needed professional help. I feel afraid. I feel like an animal that is being hunted after they called the police to arrest me for trying to get my things. I never know what to expect next. This should not happen, in the country, at this time. No one should be allowed to commit such egregious acts against another person, knowingly. I know my life will never be the same again. I cannot seem to put this behind me. I watched as the poured new drives for other lots but not mind. They have let me know I do not matter. I looked at my disabilities as a challenge, even my blindness. Now I feel different, less of a person. I no longer feel like I can do anything. They have accused me of being too sick to be responsible, too old to remember and just plain dishonest. I lay in a heart failure ward, fighting for my life and they still persuaded me Plaintiffs. I am still wondering what I could have done for them to do this.

The Plaintiff wants a trial by jury.

| | |
|---|---|
| Dated: 10/24/2017 | *Carrie Hardy* <br> Signature of Pro Se Plaintiff <br> Carrie Hardy <br> 273 S Copper Dr. <br> Apache Junction, Arizona 85120 <br> 4802323743 |